IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFREY HUTCHERSON**                                                                      **PLAINTIFF**

**v.**                            **CIVIL ACTION NO. 1:23-cv-311-TBM-RPM**

**ALFA MUTUAL INSURANCE COMPANY**                                 **DEFENDANT**

### ORDER

This matter came before the Court on the Plaintiff's Unopposed Motion [17] to Dismiss Certain Claims. The Court having been advised in the premises, and further finding that the parties are in agreement as to the relief sought in the Motion, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Motion [17] is GRANTED, and the Plaintiff's claims for bad faith and extra-contractual damages are hereby DISMISSED WITH PREJUDICE.

This the 11th day of March, 2024.

                                                                       **TAYLOR B. McNEEL**
                                                          **UNITED STATES DISTRICT JUDGE**